JULIAN C. LAVIN, Respondent, v. COPLEY-PLAZA OPERATING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.